**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 22-41691 |
| | CHAPTER 13 |
| **Danielle Cirese Merritt fka Danielle Cirese Mayo** | |
|     asf Merritt Restoration MN, LLC | |
|     asf One Stop Restorations, LLC, | |
| **Debtor.** | |

_____/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING | LoanCare, LLC |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to Transferee should be sent: | Court Claim # (if known): 10 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Amount of Claim: $356,648.37 |
| P.O. Box 10826 | Date Claim Filed: 12/13/2022 |
| Greenville, SC 29603 | |
| | |
| Phone: 800-365-7107 | Phone: 800-909-9525 |
| Last Four Digits of Acct #: 1300 | Last Four Digits of Acct #: 8528 |

Name and Address where Transferee payments
should be sent (if different from above):
NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Phone: 800-365-7107
Last Four Digits of Acct #: 1300

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Shellie Labell            Date:   March 24, 2023

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  March 27, 2023 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DANIELLE CIRESE MERRITT
2031 BASSWOOD CT
ROCKFORD, MN 55373

And via electronic mail to:

NICOLE L. ANDERSON
1650 11TH AVE. SW
SUITE 203
FOREST LAKE, MN 55025

KYLE CARLSON
PO BOX 519
BARNESVILLE, MN 56514

US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS, MN 55415

By: /s/ Justine Bennett

Email: Jusbennett@raslg.com