UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:     Chapter 13

Danielle Cirese Merritt,     Case No. 22-41691

    Debtor.

## ORDER GRANTING RELIEF FROM STAY

This case is before the Court on the motion of American National Bank, a national banking corporation, for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the Court finds that grounds exist under 11 U.S.C. § 362(d) to warrant the relief requested.

**IT IS ORDERED**:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable non-bankruptcy law with respect to the following property:

    2018 Chevrolet Silverado 1500, Serial Number 1GCVKREC9JZ238403

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: February 8, 2024      /e/Kesha L. Tanabe

    Kesha L. Tanabe
    United States Bankruptcy Judge