# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 22-41691 |
| Danielle Cirese Merritt, | |
| Debtor. | Chapter 7 |

| | |
|---|---|
| Erik A. Ahlgren, Trustee, | Adv. Proc. No. 24-4053 |
| Plaintiff, | |
| v. | |
| Randall David Chris Merritt, | |
| Defendant. | |

## JUDGMENT

This proceeding came before the Court and a decision or order for judgment was duly rendered, the Honorable Kesha L. Tanabe, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

The Motion is granted. The Trustee is authorized to:

1. Sell the Co-Owned Property, including the estate's interest and the interest of all co-owners pursuant to the provisions of 11 U.S.C. §363(h), and

2. Charge Defendant with his share of the costs and expenses of the sale pursuant to the provisions of 11 U.S.C. §363(j),

It is further ordered that:

3. The Marital Equalizer does not constitute a lien in the Co-Owned Property or otherwise modify or affect Debtor's property interest in the Co-Owned Property.

4. The Trustee is authorized to execute all required conveyancing documents.

5. Defendant is required to cooperate with the Trustee and to execute all required documents to effectuate the transfer.

Dated: *July 19, 2024*

Tricia Pepin
Clerk, United States Bankruptcy Court

By /e/ Bridgette Nunez-Figueroa
Deputy Clerk