UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Danielle Cirese Merritt,   Chapter 7

Debtor.   Bankruptcy No. 22-41691

**STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGE**

The debtor and the United States Trustee enter into the following stipulation:

## RECITALS

1. The debtor filed a voluntary chapter 13 petition on October 11, 2022.

2. The debtor converted her case to chapter 7 on March 7, 2024.

3. The last day to object to the debtor's discharge is August 19, 2024, pursuant to the Court's order dated June 13, 2024.

4. The United States Trustee is investigating the debtor's financial circumstances. The debtor has been unable to gather requested documents. There is insufficient time for the debtor to produce the documents and for the United States Trustee to complete her investigation prior to the expiration of the deadline. The parties thus agree that the deadline to object to discharge should be extended to permit the United States Trustee to conclude her investigation.

## AGREEMENT

The parties agree:

1. That the deadline for the United States Trustee to object to the debtor's

discharge pursuant to 11 U.S.C. § 727 may be extended to September 18, 2024.

2. Pursuant to Local Rule 9011-1(b), the parties authorize the submission of this Stipulation to Extend Time to Object to Discharge with the electronic signatures of counsel for both parties.

Dated: July 31, 2024

| NICOLE ANDERSON LAW, LLC<br>LAW OFFICES, PLLC | MARY R. JENSEN<br>ACTING UNITED<br>STATES TRUSTEE<br>Region 12 |
|---|---|
| s/ Nicole Anderson<br>Nicole Anderson<br>Attorney ID 0336038<br>1650 11th Ave SW, Suite 203<br>Forest Lake, MN 55025<br>Telephone: 651-464-8510<br>Facsimile: 651-464-8513<br>Email: nicole@atlawhelp.com<br><br>Attorneys for Debtor | s/ Colin Kreuziger<br>Colin Kreuziger<br>Trial Attorney<br>MN Atty. No. 0386834<br>Office of the United States Trustee<br>U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 334-1360<br>Colin.Kreuziger@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| **Danielle Cirese Merritt,** | **Chapter 7** |
| **Debtor.** | **Bankruptcy No. 22-41691** |

## ORDER

Pursuant to the stipulation between the debtor and the United States Trustee,

IT IS ORDERED:

1. The deadline for the United States Trustee to file an objection to the debtor's discharge shall be September 18, 2024.

Dated:

Kesha L. Tanabe
United States Bankruptcy Judge