# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br><br>Danielle Cirese Merritt<br>*fka* Danielle Cirese Mayo<br>*asf* Merritt Restoration MN, LLC<br>*asf* One Stop Restorations, LLC<br><br>**DEBTOR** | CASE NO. 22-41691<br><br>CHAPTER 7 |

## ORDER GRANTING RELIEF

This case is before the court on the motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing, for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the records, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED:**

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

> All that part of the North Half of the Southeast Quarter of Section 24, Township 119, Range 25, Wright County, Minnesota described as follows: Commencing at the East quarter corner of said Section 24, thence South along the section line 1295.7 feet to the South line of said North Half of Southeast Quarter, thence North 8°32' West along said South line, 1259.2 feet for a point of beginning of tract to be described, thence North 88°18' West along said South line 525.5 feet, thence North 1°42' East 909.0 feet to the Southwesterly line of Trunk Highway Number 55, thence Southeasterly along said Highway Line 712.75 feet, thence

Southeasterly 416.4 feet more or less to the point of beginning., Wright County, Minnesota

3. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: August 2, 2024  /e/Kesha L. Tanabe
Kesha L. Tanabe
United States Bankruptcy Judge