| Fill in this information to identify the case: |
|---|
| Debtor 1    Danielle Cirese Merritt fka Danielle Cirese Mayo asf Merritt Restoration MN, LLC asf One Stop Restorations, LLC |
| Debtor 2 |
| United States Bankruptcy Court for the: District of Minnesota |
| Case number :    22-41691 |

Official Form 410S1

# Notice of Mortgage Payment Change                                     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | NewRez LLC d/b/a Shellpoint Mortgage Servicing | **Court claim no.** (if known): | **10** |
| **Last 4 digits** of any number you use to identify the debtor's account: | 1300 | **Date of payment change:** Must be at least 21 days after date of this notice | **12/01/2023** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$2,875.68** |

### Part 1:    Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $778.42          New escrow payment: $1026.37

### Part : 2    Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:                          New interest rate:
   Current Principal and interest payment:         New principal and interest payment:

### Part 3:    Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).

   Reason for change:
   Current mortgage payment:                       New mortgage payment:

| Debtor 1 | Danielle Cirese Merritt fka Danielle Cirese Mayo asf Merritt Restoration MN, LLC asf One Stop Restorations, LLC | Case number (if known) | 22-41691 |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

# Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Jason Seals                                                Date  10/20/2023
Signature

| Print: | Jason Seals | Title | Authorized Agent for Creditor |
|---|---|---|---|
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___20th___ day of October, 2023.

/S/ Jason Seals

_____
JASON SEALS
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 22-41691)

Debtor
Danielle Cirese Merritt
2031 Basswood Ct
Rockford, MN 55373-9675
fka Danielle Cirese Mayo
asf Merritt Restoration MN, LLC
asf One Stop Restorations, LLC

Attorney
Nicole L. Anderson
1650 11th Ave SW
Suite 203
Forest Lake, MN 55025

Trustee
Kyle Carlson
Chapter 13 Trustee
PO Box 519
Barnesville, MN 56514

US Trustee
US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415



Shellpoint Mortgage Servicing
Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

Analysis Date: October 05, 2023
Loan:

RANDALL D MERRITT
DANIELLE C MERRITT
SUITE 203
FOREST LAKE MN  55025

Property Address:
5767 STATE HIGHWAY55 SE
BUFFALO, MN 55313

## Annual Escrow Account Disclosure Statement - Account History

THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Dec 01, 2023 | Prior Esc Pmt | June 01, 2023 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $1,849.31 | $1,849.31 | P & I Pmt: | $1,849.31 | Due Date: | January 01, 2023 |
| Escrow Pmt: | $778.42 | $1,026.37 | Escrow Pmt: | $778.42 | Escrow Balance: | -$3,942.18 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $8,562.62 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $1,087.08 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $2,627.73 | $2,875.68 | Total Payment | $2,627.73 | Anticipated Escrow Balance: | $3,533.36 |

| Shortage/Overage Information | Effective Dec 01, 2023 |
|---|---|
| Upcoming Total Annual Bills | $12,316.48 |
| Required Cushion | $2,052.75 |
| Required Starting Balance | $2,535.62 |
| Escrow Shortage | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 2,052.75. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 2,052.75 or 1/6 of the anticipated payment from the account.

** Since you are in an active bankruptcy, your new payment shown above is the post-petition payment amount.

This is a statement of actual activity in your escrow account from June 2023 to Nov 2023. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 4,453.15 | (6,898.59) |
| Jun 2023 | 778.42 | | 2,679.00 | | * Hazard | 2,552.57 | (6,898.59) |
| Jul 2023 | 778.42 | | | | * | 3,330.99 | (6,898.59) |
| Aug 2023 | 778.42 | | | | * | 4,109.41 | (6,898.59) |
| Sep 2023 | 778.42 | | 3,331.00 | | * County Tax | 1,556.83 | (6,898.59) |
| Oct 2023 | 778.42 | | | | * | 2,335.25 | (6,898.59) |
| Nov 2023 | 778.42 | | | | * | 3,113.67 | (6,898.59) |
| | | | | | Anticipated Transactions | 3,113.67 | (6,898.59) |
| Oct 2023 | | P | | 543.54 | Lender Placed Hazard | | (7,442.13) |
| Nov 2023 | | 8,562.62 P | | 543.54 | Lender Placed Hazard | | 576.95 |
| | $4,670.52 | $8,562.62 | $6,010.00 | $1,087.08 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: October 05, 2023
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account Your unpaid pre-petition escrow Amount is $2,956.41. This amount has been removed from the projected starting balance.

Original Pre-Petition Amouont $2,956.41, Paid Pre-Petition Amount $0.00, Remaining Pre-Petition Amount $2,956.41.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 3,533.36 | 2,535.62 |
| Dec 2023 | 1,026.37 | 543.54 | Lender Placed Hazard | 4,016.19 | 3,018.45 |
| Jan 2024 | 1,026.37 | 543.54 | Lender Placed Hazard | 4,499.02 | 3,501.28 |
| Feb 2024 | 1,026.37 | 543.54 | Lender Placed Hazard | 4,981.85 | 3,984.11 |
| Mar 2024 | 1,026.37 | 543.54 | Lender Placed Hazard | 5,464.68 | 4,466.94 |
| Apr 2024 | 1,026.37 | 543.54 | Lender Placed Hazard | 5,947.51 | 4,949.77 |
| May 2024 | 1,026.37 | 2,897.00 | County Tax | 4,076.88 | 3,079.14 |
| May 2024 | | 543.54 | Lender Placed Hazard | 3,533.34 | 2,535.60 |
| Jun 2024 | 1,026.37 | 543.54 | Lender Placed Hazard | 4,016.17 | 3,018.43 |
| Jul 2024 | 1,026.37 | 543.54 | Lender Placed Hazard | 4,499.00 | 3,501.26 |
| Aug 2024 | 1,026.37 | 543.54 | Lender Placed Hazard | 4,981.83 | 3,984.09 |
| Sep 2024 | 1,026.37 | 543.54 | Lender Placed Hazard | 5,464.66 | 4,466.92 |
| Oct 2024 | 1,026.37 | 2,897.00 | County Tax | 3,594.03 | 2,596.29 |
| Oct 2024 | | 543.54 | Lender Placed Hazard | 3,050.49 | 2,052.75 |
| Nov 2024 | 1,026.37 | 543.54 | Lender Placed Hazard | 3,533.32 | 2,535.58 |
| | $12,316.44 | $12,316.48 | | | |

G – Pending Disbursements prior to the bankruptcy filing date. Pre-petition disbursements.

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 3,533.36. Your starting balance (escrow balance required) according to this analysis should be $2,535.62.

We anticipate the total of your coming year bills to be 12,316.48. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $1,026.37 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $1,026.37 |

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt please be advised that this notice is to advise you of the status of your mortgage loan This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicabl bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against t collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan If you want to request information about your lc or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826

